IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>TOTAL PROPERTY SERVICES, LLC, dba 800 LAWN CARE, MATT LOW, and ERAN HARDY,<br><br>  Defendants. | **DEFAULT JUDGMENT**<br><br>2:19-cv-226-RJS-EJF<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

Before the court is Plaintiff Owners Insurance Company's Amended Motion for Default Judgment against Defendants Total Property Services, LLC, Matt Low, and Eran Hardy.[1] Owners seeks declaratory relief voiding an insurance policy it extended to Total Property.[2] Owners served Defendants with a Summons and copy of the Complaint in April 2019.[3] Defendants have failed to answer the Complaint or to otherwise appear in the case. The legal time for Defendants to answer the Complaint or otherwise appear has expired and a default has been entered against Defendants.[4] Accordingly, the Court ORDERS default judgment in favor of Owners against Defendants as follows:

No insurance coverage exists under the insurance policy number 51-161124-00 issued by Owners to Total Property for any liability or damages that could be adjudged against Defendants as a result of the car accident that occurred on October 24, 2018, as referenced in the Complaint.[5]

---

[1] Dkt. 14.
[2] *See generally* Dkt. 2 (Complaint).
[3] Dkts. 3–5, 8–10.
[4] Dkt. 12.
[5] Dkt. 2 ¶¶ 13–14.

IT IS FURTHER ORDERED that Owners has no duty to indemnify or defend Defendants for any claims made against them or by them as a result of the October 24, 2018, accident, and Owners is not obligated to provide any insurance coverage or damages arising out of the accident.

The Clerk of Court is directed to close the case.

SO ORDERED this 30th day of December 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge